UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCURIDE INTERNATIONAL INC., | CV 09-3377 PA (PJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| SSW HOLDING COMPANY, INC., et al., | |
| Defendants. | |

Pursuant to the Court's Minute Order of April 27, 2010 granting the defendants' Motions for Summary Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants SSW Holding Company, Inc. and American Appliance Products, Inc. ("Defendants") shall have judgment in their favor against plaintiff Accuride International Inc. ("Plaintiff").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff takes nothing and that Defendants shall have their costs of suit.

IT IS SO ORDERED.

DATED: April 27, 2010        _____
                              Percy Anderson
                              UNITED STATES DISTRICT JUDGE